# United States Court of Appeals
## For the First Circuit

No. 08-1757

HENDERSON M. LUMATAW,

Petitioner,

v.

ERIC H. HOLDER, JR.,
ATTORNEY GENERAL OF THE UNITED STATES,

Respondent.

**ERRATA SHEET**

The opinion of this Court issued on September 9, 2009, is amended as follows:

On p. 11, line 19: Replace "one-year" with "one year"

On p. 18, line 9: Replace "failed to filed" with "failed to file"